Entered on Docket
June 25, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 25, 2010

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>HUE TUYET NGUYEN,<br><br>Debtor. | Case No. 09-59891-RLE<br><br>Chapter 7 |
| PMB CAPITAL, INC., FBO<br>PMB MORTGAGES, LP,<br><br>Plaintiff,<br><br>vs<br><br>HUE TUYET NGUYEN, ET AL.,<br><br>Defendants. | Adversary Proceeding No: 10-05012<br><br>Date: June 24, 2010<br>Time: 10:30 a.m.<br>Room: 3099 |

### SUA SPONTE ORDER DISMISSING COMPLAINT AGAINST NON-DEBTOR DEFENDANTS

The Court, having on June 24, 2010, granted the motion of Defendant, Jim Nguyen, to dismiss the Complaint against him in the above-captioned adversary proceeding, and the Court having made findings on the record that a complaint alleging non-dischargeability under 11 U.S.C. §523(a)(2) may not be prosecuted against a non-debtor defendant, and good cause appearing, the Court sua sponte dismisses the Complaint in the above-captioned adversary proceeding against Defendants Amston Builders, Inc., Amston Builders, Hoa Lam, Luke Lam, Estelle Lam, and Suzanne Decker, Chapter 7 Trustee, without prejudice.

**END OF ORDER**

## COURT SERVICE LIST

Attorney for PMB Capital, Inc./Plaintiff

Leon L. Vickman
Attorney at Law
4646 White Oak Avenue
Encino, CA 91316